**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **GERMAN MARTINEZ,**<br><br>    **Plaintiff,**<br>    v.<br><br>**CHINA KING CORPORATION,**<br><br>    **Defendant.** | **Case No. 1:20-cv-211<br>(LMB/MSN)** |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND
DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE**

Plaintiff German Martinez ("Plaintiff") and Defendant China King Corporation ("Defendant") (collectively, the "Parties) jointly move the Court for an order approving the agreement between the Parties to resolve this case and dismissing Plaintiff's Complaint with prejudice. In support of their motion, the Parties state as follows:

1.   On or about February 26, 2020, Plaintiff filed his Complaint in the above-styled action against Defendant. (Dkt. No. 1).

2.   Plaintiff's Complaint alleged a claim for unpaid overtime wages under the Fair Labor Standards Act ("FLSA") ("Count I") and a second claim for FLSA.

3.   Defendant denies that Plaintiff is entitled to any overtime compensation and contends that Plaintiff has been properly paid under the FLSA for all hours worked.

4.   In an effort to avoid the time and expense of continued litigation and without any admission of liability or wrongdoing, the Parties have agreed to settle their dispute in full, pending Court approval, and have memorialized their agreement in a document titled Settlement and Release of All Claims (the "Agreement").

5. The Agreement is attached hereto as **Exhibit 1**.

6. It is well-established that FLSA claims can be settled and released in the context of a private lawsuit if the parties present the district court with a proposed settlement and the court enters an order approving the fairness of the settlement. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

7. The settlement negotiated and reached by the Parties reflects a reasonable compromise of Plaintiff's claims and Defendant's defenses.

8. The Parties, through their attorneys, voluntarily agreed to the terms of their settlement during negotiations.

9. All parties were counseled and represented by their respective attorneys through the litigation and settlement process.

10. The Agreement has been signed by all parties.

11. All consideration due and owing under the terms of the Agreement has been exchanged.

12. Accordingly, the Parties jointly move the Court to approve the settlement and to dismiss Plaintiff's Complaint and this action with prejudice with the Parties bearing their own costs.

13. A proposed order is attached as **Exhibit 2**.

14. The Parties also request that the Court rule on the Parties' Joint Motion without an oral hearing pursuant to Local Rule 7(J).

Respectfully submitted,


By: _/s/__Gregg C. Greenberg_____
Gregg C. Greenberg, VSB No. 79610
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone:  301-587-9373
Fax:  240-839-9142
ggreenberg@zagfirm.com

*Counsel for Plaintiff*

By: /s/ Broderick C. Dunn
Broderick C. Dunn, VSB No. 74847
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
bdunn@cookcraig.com
pkrone@cookcraig.com

*Counsel for Defendant*