**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **GERMAN MARTINEZ,**  <br><br>         **Plaintiff,**  <br>   **v.**  <br><br>**CHINA KING CORPORATION,**  <br><br>         **Defendant.** | **Case No. 1:20-cv-211 (LMB/MSN)** |

**ORDER**

Upon consideration of the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff's Complaint, it is hereby

ORDERED that the Parties' Global Settlement and Release Agreement is approved; and it is further

ORDERED that the above-captioned matter be and is hereby dismissed with prejudice. The Parties shall bear their own respective costs and attorneys' fees.

ENTERED this ___ day of _____, 201__          _____
                                                 Judge, United States District Court